# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VICTOR TAGLE SR.,<br><br>           Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>           Defendant. | 2:15-cv-02506-APG-VCF<br><br>**ORDER** |

Before the court is Plaintiff's request for a copy of the Report and Recommendation. (#7).

IT IS HEREBY ORDERED that Plaintiff's request for a copy of the Report and Recommendation (#7) is GRANTED. The Clerk of Court is directed to mail a copy of the Report and Recommendation and Order affirming the Report and Recommendation (#2 and #5) to Plaintiff Tagle.

DATED this 14th day of March, 2016.

                                                                                 CAM FERENBACH<br>
                                                                                 UNITED STATES MAGISTRATE JUDGE