UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VICTOR TAGLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant. | Case No. 2:15-cv-02506-APG-VCF<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER AND DENYING MOTION TO INVESTIGATE MAGISTRATE JUDGE**<br><br>(ECF Nos. 32, 33) |

On October 3, 2017, Magistrate Judge Ferenbach entered an order denying Tagle's request for an investigation. ECF No. 30. Tagle filed an objection to that order (ECF No. 32) and a request to have Magistrate Judge Ferenbach investigated for criminal activity (ECF No. 33).

I have reviewed Tagle's objection, Judge Ferenbach's Order, and the underlying papers. Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore, I affirm it.

Tagle requests to have Magistrate Judge Ferenbach investigated for criminal activity because, Tagle contends, Magistrate Judge Ferenbach "willingly[,] knowingly[,] & <u>feloniosly</u> (sic)" sent his Order to the wrong address, in order to prevent Tagle from timely responding. ECF No. 33. Tagle is wrong. The Order was transmitted by the court clerk's office, not by Magistrate Judge Ferenbach. Moreover, Tagle was not prejudiced by any delay due to mailing as I have considered, and rejected, his opposition to the Order. His request is therefore denied

IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Order **(ECF No. 30) is affirmed**, Tagle's objection **(ECF No. 32) is overruled**, and Tagle's request to have Magistrate Judge Ferenbach investigated **(ECF No. 33) is denied.**

DATED this 29th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE