# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VICTOR TAGLE,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | 2:15-cv-02506-APG-VCF<br>**ORDER** |

    Before the Court are Plaintiff's Demand of Transfer and Affidavit and Request for Transfer to Federal Facilities. (ECF Nos. 50, 52).

    Defendant has not yet been served in this matter. These motions are prematurely filed.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Demand of Transfer and Affidavit and Request for Transfer to Federal Facilities (ECF Nos. 50, 52) are DENIED.

    DATED this 19th day of June, 2018.

                                                      CAM FERENBACH
                                                      UNITED STATES MAGISTRATE JUDGE