**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

VICTOR TAGLE,

        Plaintiff,

vs.

DEPARTMENT OF HOMELAND SECURITY,

        Defendant.

2:15-cv-02506-APG-VCF

**ORDER**

Before the Court are Plaintiff's Motion to Transfer to Federal Facilities (ECF No. 59) and Motion to Transfer to C.C.D.C. or Federal Facilities (ECF No. 63).

Defendant has not yet been served in this matter. These motions are prematurely filed.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Transfer to Federal Facilities (ECF No. 59) and Motion to Transfer to C.C.D.C. or Federal Facilities (ECF No. 63) are DENIED.

DATED this 6th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE